```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 06298
   ERVIN L DAVIS
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-4596


-------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
    The case was filed on 02/19/2004 and was confirmed 04/07/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  68.81% from remaining funds.

    The case was dismissed after confirmation 06/20/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
-------------------------------------------------------------------------------
ACL LABS                   UNSECURED       NOT FILED          .00            .00
ARONSON FURNITURE          UNSECURED       NOT FILED          .00            .00
AT & T BANKRUPCTY          UNSECURED       NOT FILED          .00            .00
CAPITAL ONE BANK           UNSECURED         1625.15          .00         728.75
CHARTER ONE                UNSECURED          852.99          .00         382.50
CITY CHEVROLET INC         UNSECURED       NOT FILED          .00            .00
COMMONWEALTH EDISON        UNSECURED       NOT FILED          .00            .00
DES PLAINES RADIOLOGISTS   UNSECURED       NOT FILED          .00            .00
DOMINICKS FINER FOODS      UNSECURED       NOT FILED          .00            .00
HOLY FAMILY MEDICAL CENT   UNSECURED       NOT FILED          .00            .00
HONOR FINANCE              UNSECURED         8653.66          .00        3880.51
ILLINOIS STATE HIGHWAY A   UNSECURED       NOT FILED          .00            .00
LOYOLA UNIVERSITY PHYSIC   UNSECURED       NOT FILED          .00            .00
LOYOLA UNIVERSITY HOSPIT   UNSECURED       NOT FILED          .00            .00
CLERK OF THE CIRCUIT COU   UNSECURED          320.00          .00         122.57
AT & T BANKRUPCTY          UNSECURED          947.27          .00         424.78
JEWEL FOOD STORES          UNSECURED          342.49          .00         153.58
U STORE IT & U LOCK IT     UNSECURED       NOT FILED          .00            .00
WEST SUBURBAN HOSPITAL M   UNSECURED       NOT FILED          .00            .00
R & R COUNTRY MOTORS INC   SECURED           3025.00        87.95        3025.00
R & R COUNTRY MOTORS INC   UNSECURED       NOT FILED          .00            .00
HONOR FINANCE              SECURED NOT I       .00            .00            .00
RICHARD JAFFEE             UNSECURED         1347.00          .00         604.04
MIDLAND CREDIT MANAGEMEN   UNSECURED         1040.72          .00         466.68
NATIONAL CAPITAL MGMT LL   FILED LATE        1290.58          .00            .00
LEDFORD & WU               DEBTOR ATTY      2,402.00                    2,402.00
TOM VAUGHN                 TRUSTEE                                        666.18
DEBTOR REFUND              REFUND                                          16.50

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                              RECEIPTS           DISBURSEMENTS

                   PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 06298 ERVIN L DAVIS
```

```
-------------------------------------------------------------------------------
TRUSTEE                                       12,961.04

PRIORITY                                                              .00
SECURED                                                          3,025.00
    INTEREST                                                        87.95
UNSECURED                                                        6,763.41
ADMINISTRATIVE                                                   2,402.00
TRUSTEE COMPENSATION                                               666.18
DEBTOR REFUND                                                       16.50
                                          ---------------   ---------------
TOTALS                                        12,961.04         12,961.04
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                      /s/ Tom Vaughn
   Dated: 10/04/07                    _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE










                        PAGE   2
        CASE NO. 04 B 06298 ERVIN L DAVIS